WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THOMAS STUPFEL,**                                 CV # 11-75-MA

    Plaintiff,

vs.                                                ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $3,978.69 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

    DATED this 28 day of Feb_____, 2012.

                                                 _/s/ Malcolm F. Marsh_
                                                 United States District Judge

Submitted on February 23, 2012 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1